United States Court of Appeals
Fifth Circuit

**F I L E D**

April 18, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40774
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL SEAN ANOMAN, also known as Mike Jones, also known as
Joseph James Anoman,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:05-CR-31-19
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Michael Sean Anoman has

requested leave to withdraw and has filed a brief as required by

Anders v. California, 386 U.S. 738 (1967).  Anoman has filed a

response.  Although Anoman asserts that his counsel provided

ineffective assistance, the record is insufficiently developed to

allow consideration of this issue on direct appeal.  See United

States v. Higdon, 832 F.2d 312, 313-14 (5th Cir. 1987).  Our

independent review of the brief, Anoman's response, and the

record discloses no nonfrivolous issue for appeal.  Accordingly,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

Anoman's request for the appointment of a new attorney is DENIED.